478 A.2d 103

Adam Zick et al., Appellant, v. Albert Zick et al.

■■■■■■■■■

■■■■■■■■■

■■■■■■ Argued February 15, 1984. Ralph P. Carey, for appellants; George E. Clark, for appellees. Before CAVANAUGH, CIRILLO and WATKINS, JJ. Order affirmed.